UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO CASTILLO DIAS, | No. 2:20-cv-0410 DB P |
| Petitioner, | |
| v. | ORDER |
| RAYTHEL FISHER, | |
| Respondent. | |

Petitioner has requested the appointment of his state appellate attorney as counsel of record in this federal habeas action. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (ECF No. 2) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: April 10, 2020

/DLB7;
DB/Inbox/Routine/dias0410.110

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE